IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 612-001-6 |
| | * | |
| EDDIE LITTLES III | * | |

## O R D E R

On December 2, 2019, Defendant Eddie Littles III filed a motion to reduce his sentence pursuant to Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222 (2018), which permits a district court to reduce the sentence of a defendant convicted of a "covered offense" as if certain provisions of the Fair Sentencing Act of 2010, Pub. L. No. 111-220, 124 Stat. 2372, 2372 (2012), were in effect at the time the defendant committed the covered offense.

As explained in the Government's opposition brief, the First Step Act does not apply to Defendant's sentence for two reasons. First, Defendant was charged, convicted and sentenced after August 3, 2010; therefore, his conviction is not a covered offense under the First Step Act. See First Step Act, Pub. L. No. 115-391, § 404(a), 132 Stat. 5194 (defining a "covered offense" as "a violation . . . that was committed *before* August 3, 2010" (emphasis added)). Second, Defendant was convicted under the statutory

penalty of 21 U.S.C. § 841(b)(1)(C), which was not amended by the Fair Sentencing Act of 2010; thus, the First Step Act does not apply. See United States v. Brown, 785 F. App'x 189, 190 (11th Cir. 2019).

Upon the foregoing, Defendant's motion to reduce sentence (doc. 585) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 17TH day of December, 2019.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA