IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

UNITED STATES OF AMERICA          *
                                  *
v.                                *    CR 612-001-6
                                  *
EDDIE LITTLES III                 *

ORDER

Before the Court is Defendant Eddie Littles III's motion to expand the record on his motion for compassionate release, which the Court denied in the exercise of its discretion because the sentencing factors of 18 U.S.C. § 3553(a) weighed against release. (See Order of Oct. 29, 2020, Doc. 626.) Now, Defendant wishes to supplement the record to show that he has tested positive for COVID-19. Upon consideration, the motion to expand the record to include Defendant's attached medical records showing he has tested positive for COVID-19 (doc. 631) is **GRANTED**. Notably, the medical records reveal that Defendant has not been adversely affected by the contraction of the illness.

**ORDER ENTERED** at Augusta, Georgia, this ____ day of _____

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA