IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
UNITED STATES OF AMERICA     *
                             *
      v.                     *      CR 612-001-6
                             *
EDDIE LITTLES III            *
```

### O R D E R

On October 29, 2020, the Court denied on the merits Defendant Eddie Littles III's motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  (Doc. 626.)  In doing so, the Court assumed that Littles' medical condition constitutes an extraordinary and compelling reason to warrant relief.  (Id. at 3.)  Nevertheless, the Court denied Defendant's motion after careful consideration of the sentencing factors of 18 U.S.C. § 3553(a).  (Id.)

Thereafter, Littles tested positive for COVID-19 on November 20, 2020, and he was kept in isolation until November 30, 2020.  His medical records show that during that time, Littles was in stable condition with no acute distress or breathing issues.  His oxygen saturation rate was 98%.  On November 23, 2020, Littles denied all COVID-19 symptoms and reportedly felt "fine."  (See Def.'s Mot. to Expand Records, Doc. 631, Ex. 1.)  Upon receipt of these records, the Court noted that Littles had not been adversely

affected by the contraction of the illness. (<u>See</u> Order of Jan. 4, 2021, Doc. 632.)

On January 19, 2021, the Court received from Littles a motion for reconsideration dated December 9, 2020. In the motion, Littles asks the Court to take into consideration the fact that he had contracted COVID-19 and, at that time, continued to suffer from headaches and a loss of taste and smell.

The Court, however, addressed the fact of Littles' contraction of the illness in its Order of January 4th, noting that his health condition was not severely compromised as he had originally feared. This is not to discount the possibility of reinfection, but at this point the risk of and the effect of a reinfection is purely speculative. More to the point, Littles has done nothing to assuage the Court's concern that he is not a good candidate for compassionate release upon consideration of the § 3553(a) factors. Accordingly, upon careful consideration of the facts and circumstances presented by Littles, the Court **DENIES** his motion for reconsideration (doc. 633).[1]

---

[1] To the extent that Littles challenges the conditions of his confinement, he must do so through a civil lawsuit brought pursuant to 42 U.S.C. § 1983.

**ORDER ENTERED** at Augusta, Georgia, this ___16th___ day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA